**Order entered September 17, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00422-CV**

**IN RE MAETZI MILLER, Relator**

**Original Proceeding from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-21-02529**

**ORDER**
Before Justices Molberg, Reichek, and Smith

Before the Court is relator's August 27, 2021 motion to lift stay. We **GRANT** the motion, and we **LIFT** the stay issued by this Court's July 15, 2021 order.

/s/    AMANDA L. REICHEK
         JUSTICE